**Order entered April 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00484-CV

### IN RE STEPHEN C. SCANLON, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-04599**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. Although we have reviewed relator's mandamus record and all supporting appendices in determining this petition for writ of mandamus, because the mandamus record and supporting appendices 1, 2, 3, and 6 include unredacted information that identifies the relator's minor children, we **STRIKE** relator's mandamus record and supporting appendices 1, 2, 3, and 6. TEX. R. APP. P. 9.9(b). We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
         JUSTICE